IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES BARRY,

        Petitioner,

v.                                                        CASE NO. 5:14-cv-20-RS-EMT

MICHAEL CREWS,

        Respondent.

_____/

## ORDER

Before me is the November 5, 2014, Magistrate Judge's Report and Recommendation (Doc. 20). To date, no objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Respondent's motion to dismiss (doc. 15) is **DENIED**.

3. The Respondent shall file an answer to the habeas petition not later than February 9, 2015.

**ORDERED** on December 9, 2014.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**